UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - -x

PEARSON EDUCATION, INC., :
JOHN WILEY & SONS, INC.,
CENGAGE LEARNING, INC. AND :
THE MCGRAW-HILL COMPANIES, INC.,
:
Plaintiffs,
:
-against- : 11 Civ. 5052 (PAE)

LAZAR ISHAYEV AND YELENA LEYKINA : ECF Case
BOTH D/B/A SOLUTIONS DIRECT D/B/A :
SOLUTIONS4LESS D/B/A
TEXTBOOKANSWERS D/B/A :
SOLUTIONMANUALS-TESTBANKS.COM AND
JOHN DOE NOS. 1-5, :

Defendants. :

- - - - - - - - - - - - - - - - - - -x

DECLARATION OF JENNIFER SIEWERT IN OPPOSITION TO DEFENDANT LAZAR ISHAYEV'S MOTION TO QUASH THE SUBPOENAS ON PAYPAL, INC. AND GOOGLE, INC.

JENNIFER SIEWERT hereby declares pursuant to 28 U.S.C. § 1746 that the following is true and correct.

1. I am a paralegal at Dunnegan & Scileppi LLC, attorneys for plaintiffs in this action.

Sales Prior To The Filing Of The Complaint

2. On or about September 21, 2010, at the direction of Laura Scileppi and Samantha Morrissey, I contacted "Lazar Ishayev" at the e-mail address lazarfb@gmail.com to purchase copies of plaintiffs' instructors' solutions manuals. On September 22, 2010, I purchased the instructors' solutions

manual for the following textbook from "Lazar Ishayev" at the e-mail address lazarfb@gmail.com.

> Intermediate Accounting, Kieso (13th Edition) ("Intermediate Accounting")

To do this, I used the e-mail address almostfamous2906@gmail.com.

3. I paid for this instructors' solutions manual through PayPal from New York, New York. The PayPal receipt for my payment listed the recipient as "Lazar Ishayev" at the e-mail address lazarfb@gmail.com. A copy of this receipt is annexed as Exhibit A.

4. On September 22, 2010, I received an email from "Lazar Ishayev" at lazarfb@gmail.com, attaching a file to download the instructors' solutions manual for Intermediate Accounting. A copy of that e-mail is annexed as Exhibit B.

5. I used this attachment to download the instructors' solutions manual for Intermediate Accounting into New York, New York. A copy of the first page of this instructors' solutions manual with the solutions redacted is annexed as Exhibit C.

6. On or about March 7, 2011, at the direction of Samantha Morrissey, I purchased the instructors' solutions manual for the following textbook on the website solutionmanuals-testbanks.blogspot.com.

> Principles of Managerial Finance, Gitman (12th Edition) ("Managerial Finance")

To do this, I used the e-mail address almostfamous2906@gmail.com.

7. I paid for this instructors' solutions manual through Google Checkout from New York, New York. The Google Checkout receipt for my payment listed the recipient as "Solutions Direct." A copy of this receipt is annexed as Exhibit D.

8. After making the payment, I was redirected back to solutionmanuals-testbanks.blogspot.com, where I received a confirmation that the instructors' solutions manual would be e-mailed to me within 24 hours. A copy of that confirmation page is annexed as Exhibit E.

9. On March 7, 2011, I received an email from "Solutions4Less" at solutions4less@optimum.net, attaching a file to download the instructors' solutions manual for Managerial Finance. A copy of that e-mail is annexed as Exhibit F.

10. I used this attachment to download the instructors' solutions manual for Managerial Finance into New York, New York. A copy of the first page of this instructors' solutions manual is annexed as Exhibit G.

11. On or about March 8, 2011, at the direction of Samantha Morrissey, I purchased the instructors' solutions manual for the following textbook on the website solutionmanuals-testbanks.blogspot.com.

> Accounting for Governmental & Nonprofit Entities, Wilson, (15th Edition) ("Accounting")

To do this, I used the e-mail address almostfamous2906@gmail.com.

12. I paid for this instructors' solutions manual through Google Checkout from New York, New York. The Google Checkout receipt for my payment listed the recipient as "Solutions Direct." A copy of this receipt is annexed as Exhibit H.

13. After making the payment, I was redirected back to solutionmanuals-testbanks.blogspot.com, where I received a confirmation that the instructors' solutions manual would be e-mailed to me within 24 hours. A copy of that confirmation page is annexed as Exhibit I.

14. On March 9, 2011, I received an email from "Solutions4Less" at solutions4less@optimum.net, attaching a file to download the instructors' solutions manual for Accounting. A copy of that e-mail is annexed as Exhibit J.

15. I used this attachment to download the instructors' solutions manual for Accounting into New York, New York. A copy of the first page of this instructors' solutions manual with the solutions redacted is annexed as Exhibit K.

16. On or about March 9, 2011, at the direction of Samantha Morrissey, I purchased the instructors' solutions manual for the following textbook on the website solutionmanuals-testbanks.blogspot.com.

Financial Management: Theory & Practice, Brigham (12th Edition) ("Financial Management")

To do this, I used the e-mail address almostfamous2906@gmail.com.

17. I paid for this instructors' solutions manual through Google Checkout from New York, New York. The Google Checkout receipt for my payment listed the recipient as "Solutions Direct." A copy of this receipt is annexed as Exhibit L.

18. After making the payment, I was redirected back to solutionmanuals-testbanks.blogspot.com, where I received a confirmation that the instructors' solutions manual would be e-mailed to me within 24 hours. A copy of that confirmation page is annexed as Exhibit M.

19. On March 9, 2011, I received an email from "Solutions4Less" at solutions4less@optimum.net, attaching a file to download the instructors' solutions manual for Financial Management. A copy of that e-mail is annexed as Exhibit N.

20. I used this attachment to download the instructors' solutions manual for Financial Management, into New York, New York. A copy of the first page of this instructors' solutions manual with the solutions redacted is annexed as Exhibit O.

21. On or about June 30, 2011, at the direction of Samantha Morrissey, I purchased the instructors' solutions

manual for the following textbook on the website solutionmanuals-testbanks.blogspot.com.

> Principles of Corporate Finance, Brealey (7th Edition) ("Corporate Finance")

To do this, I used the e-mail address almostfamous2906@gmail.com.

22. I paid for this instructors' solutions manual through Google Checkout from New York, New York. The Google Checkout receipt for my payment listed the recipient as "Solutions Direct." A copy of this receipt is annexed as Exhibit P.

23. After making the payment, I was redirected back to solutionmanuals-testbanks.blogspot.com, where I received a confirmation that the instructors' solutions manual would be e-mailed to me within 24 hours. A copy of that confirmation page is annexed as Exhibit Q.

24. On June 30, 2011, I received an email from "Solutions4Less" at solutions4less@optimum.net, attaching a file to download the instructors' solutions manual for Corporate Finance. A copy of that e-mail is annexed as Exhibit R.

25. I used this attachment to download the instructors' solutions manual for Corporate Finance into New York, New York. A copy of the first page of this instructors' solutions manual with the solutions redacted is annexed as Exhibit S.

Sales Subsequent To The Filing Of The Complaint

26. On October 12, 2011, I received an unsolicited e-mail from "TextbookAnswers" at textbookanswer@gmail.com to my e-mail address almostfamous2906@gmail.com stating that the seller had a new website: solutionmanuals-testbanks.com. The only listed recipient of that e-mail, other than myself, was 1jaredjones@gmail.com. A copy of that e-mail is annexed as Exhibit T.

27. I visited the website solutionmanuals-testbanks.com. Because of (i) the similarities between the URL solutionmanuals-testbanks.com and solutionmanuals-testbanks.blogspot.com, (ii) the similarities in the appearance of the websites, and (iii) the fact that textbookanswer@gmail.com had my e-mail address, I believed that this was the same seller who operated solutionmanuals-testbanks.blogspot.com.

28. On or about October 27, 2011, at the direction of Samantha Morrissey, I purchased the instructors' solutions manuals for the following textbooks on the website solutionmanuals-testbanks.com.

Auditing & Assurance Services, Arens (13th Edition) ("Auditing")

Cornerstones of Managerial Accounting, Mowen, (3rd Edition) ("Cornerstones")

Financial Accounting, Weygandt (7th Edition) ("Financial Accounting")

Advanced Financial Accounting, Baker (8th Edition) ("Advanced Accounting")

To do this, I used the e-mail address meganmathilde@gmail.com.

29. After placing the order for these instructors' solutions manuals, I received a confirmation stating that my order had been submitted. A copy of that confirmation page is annexed as Exhibit U.

30. On October 27, 2011, I received an e-mail from "TextbookAnswers" at textbookanswer@gmail.com confirming my purchase and instructing me to pay for these instructors' solutions manuals through PayPal. A copy of that e-mail is annexed as Exhibit V.

31. I paid for these instructors' solutions manuals through PayPal from New York, New York. The PayPal receipt for my payment listed the recipient as "Yelena Leykina" at solutions4all@optimum.net. A copy of this receipt is annexed as Exhibit W.

32. On October 27, 2011, I received an email from "SolutionManuals-Testbanks.com" at TextbookAnswer@gmail.com, with links to download the instructors' solutions manuals for Auditing, Cornerstones, Financial Accounting, and Advanced Accounting. A copy of that e-mail is annexed as Exhibit X.

33. I used these links to download the instructors' solutions manuals for Auditing, Cornerstones, Financial Accounting, and Advanced Accounting into New York, New

York. A copy of the first page of each of these instructors' solutions manuals with the solutions redacted is annexed as Exhibit Y.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 8th day of June, 2012 in New York, New York.

Jennifer Siewert