<u>Declaration of Service</u>
11 Civ. 5052 (PAE)

SAMANTHA MORRISSEY hereby declares pursuant to 28 U.S.C. § 1746:

1. I am an associate of the firm of Dunnegan & Scileppi LLC.

2. On December 17, 2012, I served by overnight mail and e-mail plaintiffs' motion for partial summary judgment, memorandum of plaintiffs in support of their motion for partial summary judgment and in opposition to defendant Lazar Ishayev's motion for summary judgment, Declarations of LaShonda Morris, Patrick Murphy, Jessica Stitt, Bonnie Beacher, Jennifer Siewert and Laura Scileppi, Exhibits A through Z and AA through AG, plaintiffs' statement pursuant to Rule 56.1, and the notice to <u>pro se</u> litigants on:

> Lazar Ishayev
> 269 Ocean Parkway, Apartment 5G
> Brooklyn, New York 11218
> lazar.ishayev@gmail.com.

> Yelena Leykina
> 415 Albemarle Road, Apartment 3K
> Brooklyn, New York 11218
> yleykina@gmail.com
> yleykina@yahoo.com

I declare under penalty of perjury that the

foregoing is true and correct.

    Executed this 17th day of December 2012.

                                                                   _____
                                                                   Samantha Morrissey